UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
:
:
WASIM G. MANASFI,                       :
                                        :  CASE NO.: 1:19-cv-05790-VEC
                                        :
           Plaintiff,                   :
                                        :
    -against-                           :
                                        :
CONTROL4 CORPORATION, MARTIN            :
PLAEHN, MARK E. JENSEN, PHIL            :
MOLYNEUX, JOHN R. BORN, JAMES T.        :
CAUDILL, JEREMY A. JAECH, DAVID C.      :
HABIGER AND MARIA THOMAS,               :
                                        :
           Defendants.                  :
--------------------------------------- X

## NOTICE OF DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses without prejudice the above-titled action. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: June 28, 2019                         Respectfully Submitted,

**OF COUNSEL:**                              **MONTEVERDE & ASSOCIATES PC**

**ADEMI & O'REILLY, LLP**                    */s/ Juan E. Monteverde*
Guri Ademi                                   Juan E. Monteverde
3620 East Layton Avenue                      The Empire State Building
Cudahy, Wisconsin 53110                      350 Fifth Avenue, Suite 4405
Tel: (414) 482-8000                          New York, New York 10118
Fax: (414) 482-8001                          Tel: 212-971-1341
Email: gademi@ademilaw.com                   Fax: 212-202-7880

*Attorneys for Plaintiff*                    *Attorney for Plaintiff*